FILED
JUL 30 2018
CLERK U.S. BANKRUPTCY,
ORLANDO DIVISION

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                                Case No: 6:18-bk-04316-CCJ

AISHA AIN SCANTLEBURY,                              Chapter 7

　　　Debtor.
_____/

### AMENDMENT TO SCHEDULE C: PROPERTY CLAIMED AS EXEMPT

COMES NOW the Debtor and files this Amendment to Schedule C to ADD the following property as claimed exempt:

| Brief description of the property | Current value | Amount of the exemption | Specific laws that allow exemption |
|---|---|---|---|
| Appliances, Furniture | $1.200.00 | $1,200.00 | Tenancy by the Entireties |
| Electronics | $450.00 | $450.00 | Tenancy by the Entireties |
| Clothing | $400.00 | $400.00 | Fla. Const. Art. 10 § 4 |
| Jewelry | $170.00 | $170.00 | Fla. Const. Art. 10 § 4 |

### VERIFICATION

I have read the foregoing and it is true and correct to the best of my information, knowledge and belief.

_____

STATE OF FLORIDA
COUNTY OF ORANGE

The foregoing instrument was acknowledged to before me under penalty of perjury on this ____ day of July, 2018, by, Aisha Ain Scantlebury, who is personally known to me or who Provided a Driver's License as identification and who did take an oath.

_____
NOTARY PUBLIC
MY COMMISSION EXPIRES:

　　　　　　　　　　　　　　　　　　　　　　　　　　　　/ProSe AISHA AIN SCANTLEBURY
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Telephone: (407) 730-0676
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Facsimile: (800) 869-5173
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Debtors are self represented

## CERTIFICATE OF SERVICE

A true and correct copy of the above and foregoing has been furnished by either electronic transmission or U.S. Mail on this 30th day of July, 2018, to: Emerson C. Noble, Trustee; Post Office Box 622798, Oviedo, Florida 32762 and to All Creditors and Interested Parties.

_____
/ProSe Aisha Ain Scantlebury